| | AUSA:  Barbara Lanning | Telephone:  (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer:  Jaclyn Kocis-Maniaci | Telephone:  (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Marcus Joseph Ray | Case No. 26-mj-30221 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 22, 2026_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jaclyn Kocis-Maniaci, Task Force Officer (ATF)
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  April 22, 2026

_____
Judge's signature

City and state:  Detroit, Michigan

Hon. Anthony P. Patti United States Magistrate Judge
_____
Printed name and title

## <u>AFFIDAVIT</u>

I, Jaclyn Kocis-Maniaci, being duly sworn, depose and state the following:

## I.  INTRODUCTION

1.  I am a police officer with the City of Detroit. I have been with the Detroit Police Department since 2003. I became a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in January of 2017. During my career, I have been involved in numerous investigations involving firearms and narcotics cases resulting in successful federal and state prosecutions.

2.  I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.  ATF is currently conducting a criminal investigation concerning Marcus RAY (DOB: XX/XX/1994), for violations of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.    PROBABLE CAUSE

4.    I reviewed a computerized criminal history, Michigan Third Circuit Court records, and United States District Court (EDMI) records for RAY, which revealed the following felony arrests and convictions:

a. On or about December 14, 2014, RAY was charged with domestic in Troy's 52nd District Court. RAY later pleaded guilty and was sentenced to HYTA probation. RAY violated the terms of his probation and his HYTA status was revoked.

b. On or about July 17, 2015, RAY was charged with carrying a concealed weapon. RAY later pleaded guilty to a reduced count of attempted carrying a concealed weapon in Wayne County's Third Circuit Court. RAY was sentenced to 60 days' incarceration.

c. On or about August 6, 2016, RAY was charged with armed robbery. On December 21, 2016, RAY pleaded guilty as charged in Wayne County's Third Circuit Court. He was later sentenced to 36 to 240 months' incarceration with the Michigan Department of Corrections. He was discharged from parole in 2021.

d. On or about March 12, 2022, RAY was arrested for illegally carrying a firearm. On or about January 24, 2023, RAY was arrested a second time for illegally carrying a firearm. On February 9, 2023,

2

RAY was federally indicted in the Eastern District of Michigan on two counts of felon in possession of a firearm. RAY pleaded guilty and, on August 7, 2023, RAY was sentenced to a term of 27 months' incarceration, followed by supervised release. RAY violated the terms of his supervised release, and on March 4, 2026, his term of supervision was extended to February 4, 2027.

5. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the time RAY has spent incarcerated or under supervision as a result of his felony convictions, the severity of his convictions, and the fact that he has been previously convicted of the offense felon in possession of a firearm, there is probable cause to believe that RAY is aware of his status as a convicted felon.

II. PROBABLE CAUSE

3. On April 22, 2026, at approximately 12:30 a.m., officers from the Detroit Police Department were dispatched to an apartment on LaSalle Boulevard in Detroit, Michigan for a "domestic violence, person with a weapon" police run. Responding officers arrived on scene and, after a neighbor let them into the apartment complex, spoke with Adult Victim 1 ("AV-1").

4. AV-1 reported RAY threatened to kill her with a long gun and was still

3

in her bedroom. AV-1 reported the gun was behind the bedroom door. Officers stood at the threshold of the apartment and ordered RAY to come out with his hands up. RAY told the officers that he hadn't done anything and "we had a disagreement, that was it." RAY then walked out of the apartment. Officers handcuffed him.

5.  Officers walked into the bedroom and recovered a loaded Century Arms Sporter rifle from behind the bedroom door.

6.  Officers stood by with RAY while another officer spoke with AV-1. As the officer spoke with AV-1, RAY was yelling for AV-1, asking her to tell the officers the gun was not his. RAY yelled for AV-1 to "tell them that's your ex-man's shit." RAY was arrested and transported to the Detroit Detention Center.

7.  Officers searched the apartment. In the bedroom, officers found a green bag containing ammunition sitting on top of the bed. The ammunition was large caliber ammunition and appeared to be consistent with the rounds loaded in the Century Arms Sporter rifle.

8.  On April 22, 2026, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Century Arms Sporter rifle. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

4

## III.   CONCLUSION

9.      Probable cause exists to believe that Marcus RAY, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Century Arms Sporter rifle, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).   This violation occurred on or about April 22, 2026, in Detroit, Michigan, in the Eastern District of Michigan.

_____
Jaclyn Kocis-Maniaci, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Dated:   April 22, 2026

5